AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

Barbara Joan March
also known as Barbara McMahon
also known as Bonnie McMahon
DOB:  XX/XX/1945

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __April 22, 2005__ in the District of __Columbia__ defendant did, (Track Statutory Language of Offense)

knowingly deposit in any post office or authorized depository for mail matter, to be sent or delivered by the Postal Service, and knowingly cause to be delivered by the Postal Service according to the direction thereon, a communication, with or without a name or designating mark subscribed thereon, addressed to a United States judge and containing any threat to injure the person of the addressee

in violation of Title __18__ United States Code, Section(s) __876(c)__.

I further state that I am __Monica Patton, Special Agent with the Federal Bureau of Investigation__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Signature of Complainant
Monica Patton, Special Agent
Federal Bureau of Investigation

AUSA, Angela Schmidt   (202) 514-7273
Sworn to before me and subscribed in my presence,

_____                    at   __Washington, D.C.__
Date                                                                        City and State

_____                    _____
Name & Title of Judicial Officer                          Signature of Judicial Officer