UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. |
| | : |
| | : MAGISTRATE NO. 05-364 |
| | : |
| V. | : VIOLATIONS: |
| | : |
| | : 18 U.S.C. § 876(c) |
| BARBARA JOAN MARCH, | : (Mailing Threatening Communications) |
| also known as BARBARA MCMAHON, | : 18 U.S.C. §§ 1716(a) and (j)(2) |
| also known as BONNIE MCMAHON, | : (Mailing Injurious Articles) |
| | : |
| Defendant. | : |

**I N D I C T M E N T**

The Grand Jury Charges that:

**COUNT ONE**

On or about April 22, 2005, in the District of Columbia and elsewhere, the defendant, **BARBARA JOAN MARCH**, also known as BARBARA McMAHON and BONNIE McMAHON, knowingly did deposit in any post office and authorized depository for mail matter, to be sent and delivered by the Postal Service, and knowingly did cause to be delivered by the Postal Service according to the directions thereon, an undated communication addressed to "The Honorable Stephen Breyer, Supreme Court Justice," a United States judge, at the "Supreme Court of the United States Building, 1 First Street, N.E. Washington, D.C. 20543 0001," containing a threat to Justice Breyer, specifically, "We are going to kill you. This is poisoned."

**(Mailing Threatening Communications,** in violation of Title 18, United States Code, Section 876(c))

## COUNT TWO

On or about April 22, 2005, in the District of Columbia and elsewhere, the defendant, **BARBARA JOAN MARCH**, also known as BARBARA McMAHON and BONNIE McMAHON, with intent to kill and injure another, knowingly did deposit for mailing in any post office and authorized depository for mail matter, and cause to be delivered by mail a letter addressed to "The Honorable Stephen Breyer, Supreme Court Justice, Supreme Court of the United States Building, 1 First Street, N.E. Washington, D.C. 20543 0001," containing poison, that is, bromadiolone, a rodenticide, a nonmailable matter.

**(Mailing Injurious Articles,** in violation of Title 18, United States Code, Sections 1716(a) and (j)(2))

## COUNT THREE

On or about April 22, 2005, in the District of Columbia and elsewhere, the defendant, **BARBARA JOAN MARCH**, also known as BARBARA McMAHON and BONNIE McMAHON, knowingly did deposit in any post office and authorized depository for mail matter, to be sent and delivered by the Postal Service, and knowingly did cause to be delivered by the Postal Service according to the directions thereon, an undated communication addressed to "The Honorable Ruth Ginsberg, Supreme Court Justice," a United States judge, at the "Supreme Court of the United States Building, 1 First Street, N.E. Washington, D.C., 20543 0001," containing a threat to Justice Ginsburg, specifically, "I am going to kill you. This is poisoned."

**(Mailing Threatening Communications,** in violation of Title 18, United States Code, Section 876(c))

## COUNT FOUR

On or about April 22, 2005, in the District of Columbia and elsewhere, the defendant, **BARBARA JOAN MARCH**, also known as BARBARA McMAHON and BONNIE McMAHON, with intent to kill and injure another, knowingly did deposit for mailing in any post office and authorized depository for mail matter, and cause to be delivered by mail a letter addressed to "The Honorable Ruth Ginsberg, Supreme Court Justice, Supreme Court of the United States Building, 1

First Street, N.E. Washington, D.C. 20543 0001," containing poison, that is, bromadiolone, a rodenticide, a nonmailable matter.

**(Mailing Injurious Articles,** in violation of Title 18, United States Code, Sections 1716(a) and (j)(2))

## COUNT FIVE

On or about April 22, 2005, in the District of Columbia and elsewhere, the defendant, **BARBARA JOAN MARCH**, also known as BARBARA McMAHON and BONNIE McMAHON, knowingly did deposit in any post office and authorized depository for mail matter, to be sent and delivered by the Postal Service, and knowingly did cause to be delivered by the Postal Service according to the directions thereon, an undated communication addressed to "The Honorable Anthony Kennedy, Supreme Court Justice," a United States judge, at the "Supreme Court of the United States Building, 1 First Street, N.E. Washington, D.C. 20543 0001," containing a threat to Justice Kennedy, specifically, "I am going to kill you.  This is poisoned."

**(Mailing Threatening Communications,** in violation of Title 18, United States Code, Section 876(c))

## COUNT SIX

On or about April 22, 2005, in the District of Columbia and elsewhere, the defendant, **BARBARA JOAN MARCH**, also known as BARBARA McMAHON and BONNIE McMAHON, knowingly did deposit in any post office and authorized depository for mail matter, to be sent and delivered by the Postal Service, and knowingly did cause to be delivered by the Postal Service according to the directions thereon, an undated communication addressed to "The Honorable Sandra D. O'Connor, Supreme Court Justice," a United States judge, at the "Supreme Court of the United States Building, 1 First Street, N.E. Washington, D.C. 20543 0001," containing a threat to  Justice O'Connor, specifically, "We are going to kill you.  This is poisoned."

**(Mailing Threatening Communications,** in violation of Title 18, United States Code, Section 876(c))

## COUNT SEVEN

On or about April 22, 2005, in the District of Columbia and elsewhere, the defendant, **BARBARA JOAN MARCH**, also known as BARBARA McMAHON and BONNIE McMAHON, with intent to kill and injure another, knowingly did deposit for mailing in any post office and authorized depository for mail matter, and cause to be delivered by mail a letter addressed to "The Honorable Sandra D. O'Connor, Supreme Court Justice, Supreme Court of the United States Building, 1 First Street, N.E. Washington, D.C. 20543 0001," containing poison, that is, bromadiolone, a rodenticide, a nonmailable matter.

**(Mailing Injurious Articles,** in violation of Title 18, United States Code, Sections 1716(a) and (j)(2))

## COUNT EIGHT

On or about April 22, 2005, in the District of Columbia and elsewhere, the defendant, **BARBARA JOAN MARCH**, also known as BARBARA McMAHON and BONNIE McMAHON, knowingly did deposit in any post office and authorized depository for mail matter, to be sent and delivered by the Postal Service, and knowingly did cause to be delivered by the Postal Service according to the directions thereon, an undated communication addressed to "The Honorable William H. Rehnquist, Supreme Court Justice," a United States judge, at the "Supreme Court of the United States Building, 1 First Street, N.E. Washington, D.C. 20543 0001," containing a threat to Chief Justice Rehnquist, specifically, "We are going to kill you.  This is poisoned."

**(Mailing Threatening Communications,** in violation of Title 18, United States Code, Section 876(c))

## COUNT NINE

On or about April 22, 2005, in the District of Columbia and elsewhere, the defendant, **BARBARA JOAN MARCH**, also known as BARBARA McMAHON and BONNIE McMAHON, with intent to kill and injure another, knowingly did deposit for mailing in any post office and authorized depository for mail matter, and cause to be delivered by mail a letter addressed to "The Honorable William H. Rehnquist, Supreme Court Justice, Supreme Court of the United States

Building, 1 First Street, N.E. Washington, D.C. 20543 0001," containing poison, that is, bromadiolone, a rodenticide, a nonmailable matter.

**(Mailing Injurious Articles,** in violation of Title 18, United States Code, Sections 1716(a) and (j)(2))

### COUNT TEN

On or about April 22, 2005, in the District of Columbia and elsewhere, the defendant, **BARBARA JOAN MARCH**, also known as BARBARA McMAHON and BONNIE McMAHON, knowingly did deposit in any post office and authorized depository for mail matter, to be sent and delivered by the Postal Service, and knowingly did cause to be delivered by the Postal Service according to the directions thereon, an undated communication addressed to "The Honorable Antonin Scalia, Supreme Court Justice," a United States judge, at the "Supreme Court of the United States Building, 1 First Street, N.E. Washington, D.C. 20543 0001," containing a threat to Justice Scalia, specifically, "I am going to kill you. This is poisoned."

**(Mailing Threatening Communications,** in violation of Title 18, United States Code, Section 876(c))

### COUNT ELEVEN

On or about April 22, 2005, in the District of Columbia and elsewhere, the defendant, **BARBARA JOAN MARCH**, also known as BARBARA McMAHON and BONNIE McMAHON, with intent to kill and injure another, knowingly did deposit for mailing in any post office and authorized depository for mail matter, and cause to be delivered by mail a letter addressed to "The Honorable Antonin Scalia, Supreme Court Justice, Supreme Court of the United States Building, 1 First Street, N.E. Washington, D.C. 20543 0001," containing poison, that is, bromadiolone, a rodenticide, a nonmailable matter.

**(Mailing Injurious Articles,** in violation of Title 18, United States Code, Sections 1716(a) and (j)(2))

## COUNT TWELVE

On or about April 22, 2005, in the District of Columbia and elsewhere, the defendant, **BARBARA JOAN MARCH**, also known as BARBARA McMAHON and BONNIE McMAHON, knowingly did deposit in any post office and authorized depository for mail matter, to be sent and delivered by the Postal Service, and knowingly did cause to be delivered by the Postal Service according to the directions thereon, an undated communication addressed to "The Honorable David Souter, Supreme Court Justice," a United States judge, at the "Supreme Court of the United States Building, 1 First Street, N.E. Washington, D.C. 20543 0001," containing a threat to Justice Souter, specifically, "We are going to kill you. This is poisoned."

**(Mailing Threatening Communications,** in violation of Title 18, United States Code, Section 876(c))

## COUNT THIRTEEN

On or about April 22, 2005, in the District of Columbia and elsewhere, the defendant, **BARBARA JOAN MARCH**, also known as BARBARA McMAHON and BONNIE McMAHON, knowingly did deposit in any post office and authorized depository for mail matter, to be sent and delivered by the Postal Service, and knowingly did cause to be delivered by the Postal Service according to the directions thereon, an undated communication addressed to "The Honorable John P. Stevens, Supreme Court Justice," a United States judge, at the "Supreme Court of the United States Building, 1 First Street, N.E. Washington, D.C. 20543 0001," containing a threat to Justice Stevens, specifically, "We are going to kill you. This is poisoned."

**(Mailing Threatening Communications,** in violation of Title 18, United States Code, Section 876(c))

## COUNT FOURTEEN

On or about April 22, 2005, in the District of Columbia and elsewhere, the defendant, **BARBARA JOAN MARCH**, also known as BARBARA McMAHON and BONNIE McMAHON, with intent to kill and injure another, knowingly did deposit for mailing in any post office and authorized depository for mail matter, and cause to be delivered by mail a letter addressed to "The

Honorable John P. Stevens, Supreme Court Justice, Supreme Court of the United States Building, 1 First Street, N.E. Washington, D.C. 20543 0001," containing poison, that is, bromadiolone, a rodenticide, a nonmailable matter.

**(Mailing Injurious Articles,** in violation of Title 18, United States Code, Sections 1716(a) and (j)(2))

## COUNT FIFTEEN

On or about April 22, 2005, in the District of Columbia and elsewhere, the defendant, **BARBARA JOAN MARCH**, also known as BARBARA McMAHON and BONNIE McMAHON, knowingly did deposit in any post office and authorized depository for mail matter, to be sent and delivered by the Postal Service, and knowingly did cause to be delivered by the Postal Service according to the directions thereon, an undated communication addressed to "The Honorable Clarence Thomas, Supreme Court Justice," a United States judge, at the "Supreme Court of the United States Building, 1 First Street, N.E. Washington, D.C. 20543 0001," containing a threat to Justice Thomas, specifically, "We are going to kill you. This is poisoned."

**(Mailing Threatening Communications,** in violation of Title 18, United States Code, Section 876(c))

## COUNT SIXTEEN

On or about April 22, 2005, in the District of Columbia and elsewhere, the defendant, **BARBARA JOAN MARCH**, also known as BARBARA McMAHON and BONNIE McMAHON, with intent to kill and injure another, knowingly did deposit for mailing in any post office and authorized depository for mail matter, and cause to be delivered by mail a letter addressed to "The Honorable Clarence Thomas, Supreme Court Justice, Supreme Court of the United States Building, 1 First Street, N.E. Washington, D.C. 20543 0001," containing poison, that is, bromadiolone, a rodenticide, a nonmailable matter.

**(Mailing Injurious Articles,** in violation of Title 18, United States Code, Sections 1716(a) and (j)(2))

**COUNT SEVENTEEN**

On or about April 22, 2005, in the District of Columbia and elsewhere, the defendant, **BARBARA JOAN MARCH**, also known as BARBARA McMAHON and BONNIE McMAHON, knowingly did deposit in any post office and authorized depository for mail matter, to be sent and delivered by the Postal Service, and knowingly did cause to be delivered by the Postal Service according to the directions thereon, an undated communication addressed to "Mr. Robert S. Mueller, Director fo the Federal Bureau of Investigation," a federal law enforcement official, at the "J. Edgar Hoover Building, 935 Pennsylvania Avenue N.W., Washington, D.C. 20335 0001," containing a threat to Director Mueller, specifically, "We are going to kill you.  This is poisoned."

**(Mailing Threatening Communications,** in violation of Title 18, United States Code, Section 876(c))

**COUNT EIGHTEEN**

On or about April 22, 2005, in the District of Columbia and elsewhere, the defendant, **BARBARA JOAN MARCH**, also known as BARBARA McMAHON and BONNIE McMAHON, knowingly did deposit in any post office and authorized depository for mail matter, to be sent anddelivered by the Postal Service, and knowingly did cause to be delivered by the Postal Service according to the directions thereon, an undated communication addressed to "Mr. John S. Pistole, Deputy Director of the Federal Bureau of Investigation," a federal law enforcement official, at the "J. Edgar Hoover Building, 935 Pennsylvania Avenue N.W., Washington, D.C. 20335 0001," containing a threat to Deputy Director Pistole, specifically, "I am going to kill you.  This is poisoned."

**(Mailing Threatening Communications,** in violation of Title 18, United States Code, Section 876(c))

A TRUE BILL

FOREPERSON

Attorney of the United States in
and for the District of Columbia