**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

July 14, 2005

CR 05-254-EGS

Office of the Clerk
United States Courthouse
1834 E. Barrett Prettyman
333 Constitution Avenue, N.W.
Washington, DC

FILED

JUL 1 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

re:   3:05m177(WIG)
      USA v Barbara March

Dear Clerk:

I am forwarding the certified documents from the Bridgeport file in accordance with our procedures in a Rule 40 arrest. Enclosed please find the following papers:

  Certified copies of the docket sheet
  Minutes from hearing
  Order of Temporary Detention
  Financial Affidavit
  Order of Detention
  CJA 20 Appointment
  Exhibit List
  Government Motion for Detention
  Commitment to Other District

Please sign and return a copy of this letter in the enclosed envelope. Please call me at (203) 579-5539 if I can be of further assistance.

Yours very truly,
Kevin F. Rowe, Clerk

Yelena Gutierrez
Deputy Clerk

Enclosures

# U.S. District Court
## District of Connecticut (New Haven)
## CRIMINAL DOCKET FOR CASE #: 3:05-mj-00177-HBF-ALL
### Internal Use Only

Case title: USA v. March                                            Date Filed: 06/24/2005

Assigned to: Judge Holly B. Fitzsimmons

**Defendant**

Barbara March (1)                    represented by   **David J. Wenc**
                                                      Wenc Law Offices
                                                      Waterside Office Park
                                                      44 Main St., PO Box 306
                                                      Windsor Locks, CT 06096-0306
                                                      860-623-1195
                                                      Fax: 860-292-6705
                                                      Email: davidjwenc@wenclaw.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: CJA Appointment*

**Pending Counts**                                    **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                 **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                        **Disposition**

None

**Plaintiff**

**USA** represented by **Stephen Benjamin Reynolds**
U.S. Attorney's Office-BPT
915 Lafayette Blvd. Room 309
Bridgeport, CT 06604
203-696-3000
Fax: 203-579-5575
Email: Stephen.Reynolds@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/24/2005 | | Arrest (Rule 40) of Barbara March (Gutierrez, Y.) (Entered: 06/30/2005) |
| 06/24/2005 | 1 | Minute Entry for proceedings held before Judge Holly B. Fitzsimmons :Initial Appearance in Rule 40 Proceedings as to Barbara March held on 6/24/2005 Appearance entered by David J. Wenc for Barbara March on behalf of defendant. (Court Reporter Terry Fidanza.) (Gutierrez, Y.) (Entered: 06/30/2005) |
| 06/24/2005 | | ORAL MOTION for Pretrial Detention by USA as to Barbara March. (Gutierrez, Y.) (Entered: 06/30/2005) |
| 06/24/2005 | | Motion Taken Under Advisement as to Barbara March re MOTION for Pretrial Detention (Gutierrez, Y.) (Entered: 06/30/2005) |
| 06/24/2005 | | Oral MOTION to Unseal Complaint by USA as to Barbara March. (Gutierrez, Y.) Modified on 6/30/2005 (Gutierrez, Y.). (Entered: 06/30/2005) |
| 06/24/2005 | | ORDER in open court granting Oral Motion to Unseal Case as to Barbara March (1). Signed by Judge Holly B. Fitzsimmons on 6/24/05. (Gutierrez, Y.) (Entered: 06/30/2005) |
| 06/24/2005 | 2 | ORDER OF TEMPORARY DETENTION as to Barbara March. Signed by Judge Holly B. Fitzsimmons on 6/24/05. Detention Hearing set for 6/28/2005 02:00 PM in Courtroom Four-Annex, 915 Lafayette Blvd., Bridgeport, CT before Judge Holly B. Fitzsimmons. (Gutierrez, Y.) Modified on 7/5/2005 (Gutierrez, Y.). (Entered: 06/30/2005) |
| 06/24/2005 | 3 | Sealed Document by Barbara March - Filed separately from case file. (Gutierrez, Y.) (Entered: 06/30/2005) |
| 06/24/2005 | 5 | CJA 20 as to Barbara March: Appointment of Attorney David J. Wenc for Barbara March . Signed by Clerk on 7/5/05. (Gutierrez, Y.) (Entered: 07/06/2005) |
| 06/28/2005 | 6 | Minute Entry for proceedings held before Judge Holly B. Fitzsimmons :Detention Hearing as to Barbara March held on 6/28/2005. Probable Cause Hearing set for 7/11/05. (Court Reporter Judy Fazekas.) (Gutierrez, |

| | | |
|---|---|---|
| | | Y.) (Entered: 07/06/2005) |
| 06/28/2005 | 7 | COURT EXHIBIT LIST by Barbara March (Gutierrez, Y.) (Entered: 07/06/2005) |
| 06/28/2005 | 8 | MOTION for Pretrial Detention by USA as to Barbara March. (Gutierrez, Y.) (Entered: 07/06/2005) |
| 06/28/2005 | | ORDER in open court granting Oral Motion for Pretrial Detention as to Barbara March (1); granting 8 Motion for Pretrial Detention as to Barbara March (1). Signed by Judge Holly B. Fitzsimmons on 6/28/05. (Gutierrez, Y.) (Entered: 07/06/2005) |
| 06/29/2005 | 4 | ORDER OF DETENTION as to Barbara March. Signed by Judge Holly B. Fitzsimmons on 6/28/05. (Barrille, J.) (Entered: 07/01/2005) |
| 06/30/2005 | | Docket Entry Correction as to Barbara March re MOTION to Unseal Case. Entry modified to add Oral Motion. (Gutierrez, Y.) (Entered: 06/30/2005) |
| 07/05/2005 | | Docket Entry Correction as to Barbara March re 2 Order of Detention, Document 2 modified to add Temporary Detention (Gutierrez, Y.) (Entered: 07/05/2005) |
| 07/08/2005 | 9 | COMMITMENT TO ANOTHER DISTRICT as to Barbara March. Defendant committed to District of Columbia. . Signed by Judge Holly B. Fitzsimmons on 7/7/05. (Gutierrez, Y.) (Entered: 07/08/2005) |
| 07/14/2005 | | Rule 40 Documents sent to District of Columbia. Certified copies of Docket Sheet and the following Documents forwarded: Minutes, Orders, Financial Affidavit, CJA 20 Appoinment, Exhibits List, Motion & Commitment to Another District as to Barbara March (Gutierrez, Y.) (Entered: 07/14/2005) |

I hereby certify that the foregoing is a true copy of the original document on file. Date: 7-14-05
KEVIN F. ROWE
Clerk
By _____ Deputy Clerk

AO 94 (Rev. 8/97) Commitment to Another District

05M177Commit

# UNITED STATES DISTRICT COURT

District of Connecticut

FILED
2005 JUL -8 A 10:41
U.S. DISTRICT COURT
BRIDGEPORT, CT

UNITED STATES OF AMERICA
V.
BARBARA JOAN MARCH

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Connecticut | Columbia | 3:05M177 (HBF) | 05-0364M-01 |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
  X Indictment    ☐ Information    x Complaint    ☐ Other (specify)
charging a violation of    Title 18    U.S.C. § 876(c)

**DISTRICT OF OFFENSE**
District of Columbia

**DESCRIPTION OF CHARGES:**

Mailing Threatening Communications

**CURRENT BOND STATUS:**

☐ Bail fixed at                    and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | Retained Own Counsel | Federal Defender | X CJA Attorney | ☐ None |
|---|---|---|---|---|

Interpreter Required?    X No    Yes    Language:

**DISTRICT**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

JUL 0 7 2005
~~June~~    2005
Date                    United States ~~Judge or~~ Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

I hereby certify that the foregoing is a true copy of the original document on file. Date: 7-14-05

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | Clerk |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL / Deputy Clerk |
|---|---|---|

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. |
| v. | : | 3:05mj199(WIG) |
| BARBARA JOAN MARCH | : | JUNE 28, 2005 |

GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

Pursuant to Title 18, United States Code, Sections 3142(e) and (f), the Government hereby requests that the defendant be ordered detained prior to trial.

I.  Eligibility of Case

This case is eligible for pretrial detention because it involves:

__X__  a crime of violence as defined in Title 18, United States Code, Section 3156;

____  an offense for which the maximum sentence is life imprisonment or death;

____  an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. §801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. 951 et seq.), or section 1 of the Act of September 15, 1980 (21 U.S.C. §955a);

__X__  any felony committed after the defendant has been convicted of two or more of the prior two offenses or two or more State or local offenses that would have been one of the prior two offenses if a circumstance giving rise to Federal jurisdiction had existed;

__X__  a serious risk that the defendant will flee; and/or

    __X__    a serious risk that the defendant will obstruct or attempt to obstruct justice, or threaten injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

II.    Reason for Detention

The court should detain defendant because there are no conditions of release which will reasonably assure:

    __X__    the defendant's appearance as required; and/or

    __X__    the safety of any other person and the community.

III.    Rebuttable Presumption

The Government will invoke the rebuttable presumption against the defendant under Title 18, United States Code, Section 3142(e). The presumption applies because:

    ____    the defendant has been convicted of a Federal offense described in Title 18, United States Code, Section 3142(f)(1) or of a State or local offense that would have been an offense described in Section 3142(f)(1) if a circumstance giving rise to Federal jurisdiction had existed;

    ____    an offense described in Title 18, United States Code, Section 3142(e)(1) was committed while the defendant was on release pending trial for a Federal, State, or local offense; and

    ____    a period of not more than five years has elapsed since the date of conviction, or the release of the defendant from imprisonment, for an offense described in Title 18, United States Code, Section 3142(e)(1), whichever is later; or

_____ there is probable cause to believe that the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. §801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. §951 et seq.), section 1 of the Act of September 15, 1980 (21 U.S.C. 955a), or an offense under section 924(c) of Title 18 of the United States Code.

IV. Time for Detention Hearing

The Government requests that the court conduct the detention hearing:

_____ at the defendant's first appearance;

_____ after a continuance of ___ days;

__X__ at the defendant's court appearance on Tuesday, June 28, 2005.

                         Respectfully submitted,

                         KEVIN J. O'CONNOR
                         UNITED STATES ATTORNEY

                         STEPHEN B. REYNOLDS
                         ASSISTANT UNITED STATES ATTORNEY
                         Federal Bar No. ct19105
                         United States Attorney's Office
                         915 Lafayette Boulevard
                         Bridgeport, Ct 06604
                         (203) 696-3000
                         (203) 579-5575 (fax)
                         Stephen.Reynolds@usdoj.gov

## CERTIFICATION

This is to certify that a copy of the within and forgoing "Government's Motion for Pretrial Detention" was hand-delivered this 28th day of June 2005 to the defendant's counsel of record:

    David Wenc, Esq.
    44 Main Street
    Windsor Locks, Connecticut 06096

*[signature]*
STEPHEN B. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY

I hereby certify that the foregoing is a true copy of the original document on file. Date: 7-14-05
KEVIN F. ROWE
Clerk
By *[signature]*
Deputy Clerk

4