DEPUTY CLERK _Kolesar_  HONORABLE _Fitzsimmons_
USPO _Lopez_  RPTR/ERO/TAPE _Fidanza_
                              INTERPRETER _____

TOTAL TIME: __ hours _10_ minutes
DATE _6/24/05_  START TIME _0:50_  END TIME _7:00_

### CRIMINAL COURTROOM MINUTES (check one box):

- [x] INITIAL APPEARANCE
- [ ] ARRAIGNMENT
- [ ] CHANGE OF PLEA
- [ ] BOND HRG
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (Rule 40)
- [ ] IN-CAMERA HRG
- [ ] PROBABLE CAUSE HRG
- [ ] ANCILLARY HEARING
- [ ] OTHER _____
- [ ] STATUS CONFERENCE

CR _3:05m177HBF_  DEFT # _____

UNITED STATES OF AMERICA                 _Steve Reynolds_, AUSA
vs
_Barbara March_                           _David Wenc_ (C)
                                          Counsel for Defendant Ret - (R), CJA - (C), PDA - (P)

- [ ] Deft failed to appear. Oral Motion for issuance of Warrant - [ ] Granted [ ] Denied [ ] Bond FORFEITED
- [x] [ ] Arrest date (CT case): _____; or [x] Rule 40 arrest, __ Dist of _Columbia_
- [x] CJA 23 Financial Affidavit filed [x] under seal
- [ ] Order appointing Federal Public Defender's Office filed
- [x] Court appoints Atty. _David Wenc_ to represent deft for [ ] this proceeding only [x] all proceedings
- [ ] Appearance of _____ filed
- [ ] Complaint filed [ ] Sealed Complaint filed [ ] Affidavit of _____ filed
- [ ] Information/Misdemeanor filed [ ] Sealed Information filed
- [ ] Waiver of Indictment (case opening) filed [ ] Felony Information filed
- [ ] Waiver of Indictment (mid case) filed [ ] Superseding Information filed
- [ ] Plea Agreement Letter filed [ ] Special Assessment of $100.00/$50.00/$25.00 to be paid immediately
- [ ] Counts _____ of the _____ (indictment, superseding indictment, information, etc.)
- [ ] Plea of [ ] not guilty [ ] guilty [ ] nolo contendere
- [ ] Petition to Enter Guilty Plea filed
- [ ] Deft motions due _____; Govt. responses due _____
- [ ] Scheduling Order [ ] filed [ ] to be filed [ ] Sentencing Scheduling Order
- [ ] Hearing on Pending Motions scheduled for _____ at _____
- [ ] Jury Selection set for _____ at _____
- [ ] Remaining count(s) to be dismissed at sentencing
- [ ] Sentencing set for _____ at _____
- [ ] Govt's Motion for Pretrial Detention filed [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [x] Govt's oral Motion for Pretrial Detention [ ] GRANTED [ ] DENIED [x] ADVISEMENT
- [ ] Order of Detention filed
- [ ] Deft ordered removed/committed to originating/another District of _____
- [x] No bond set at this time, Order of Temporary Detention Pending Hearing [x] filed [ ] to be filed
- [ ] Waiver of Rule 40 Hearing filed
- [ ] Govt's Motion for waiver of 10-day notice [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] Bond [ ] set at $ _____ [ ] reduced to $ _____ [ ] Non-surety [ ] Surety [ ] PR
- [ ] Bond [ ] revoked [ ] reinstated [ ] continued [ ] modified
- [ ] Defendant detained
- [x] _Det_ Hearing [ ] waived [x] set for _6/28 at 2_ [ ] continued until _____
- [ ] Attorney Flag Form Attached                    [x] SEE reverse for [ ] conditions of bond [x] additional proceedings

I hereby certify that the foregoing is a true copy of the original document on file. Date: _7-14-05_
KEVIN F. ROWE
Clerk
By _____ Deputy Clerk

## CONDITIONS OF BOND

☐ Travel restricted to Connecticut or extended to _____ upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ Deft must reside at _____

☐ Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion

☐ Deft ☐ must surrender passport by 4:00 p.m. on _____ ; ☐ must not apply for a passport.

☐ Deft must refrain from the possession of firearms or dangerous weapons.

☐ Deft must maintain employment or actively seek employment.

☐ Deft must refrain from any use or unlawful possession, or distribution of a narcotic drug.

☐ _____

## ADDITIONAL PROCEEDINGS

| | | granted | denied | advisement |
|---|---|---|---|---|
| ☐ | Deft's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Deft's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Deft's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Deft's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Govt's oral motion to unseal complaint | ☒ | ☐ | ☐ |
| ☐ | Govt's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Govt's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Govt's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ # | Deft _____ motion _____ | ☐ | ☐ | ☐ |
| ☐ # | Deft _____ motion _____ | ☐ | ☐ | ☐ |
| ☐ # | Govt's motion _____ | ☐ | ☐ | ☐ |
| ☐ # | Govt's motion _____ | ☐ | ☐ | ☐ |

| | filed | granted | denied | advisemen |
|---|---|---|---|---|
| ☐ _____ | ☐ | ☐ | ☐ | ☐ |
| ☐ _____ | ☐ | ☐ | ☐ | ☐ |
| ☐ _____ | ☐ | ☐ | ☐ | ☐ |
| ☐ _____ | ☐ | ☐ | ☐ | ☐ |

**RECEIVED**

JUL 18 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT