Criminal (April 12, 2004)

HONORABLE H B Fitzsimmons
DEPUTY CLERK Barrille   RPTR/ERO/TAPE J Fazekas
USPO Owens   INTERPRETER _____

TOTAL TIME: 1 hours 20 minutes
DATE 6-28-05   START TIME 2:25   END TIME 3:45

### CRIMINAL COURTROOM MINUTES (check one box):

- [ ] INITIAL APPEARANCE
- [ ] ARRAIGNMENT
- [ ] CHANGE OF PLEA
- [ ] BOND HRG
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (Rule 40)
- [ ] IN-CAMERA HRG
- [ ] PROBABLE CAUSE HRG
- [ ] ANCILLARY HEARING
- [ ] OTHER _____
- [ ] STATUS CONFERENCE

CR 3:05 m 177 (NBFY)   DEFT # _____

UNITED STATES OF AMERICA
vs
Barbara March

S. Reynolds, AUSA

O. Wenc   [C]
Counsel for Defendant  Ret - (R), CJA - (C), PDA - (P)

- [ ] Deft failed to appear. Oral Motion for issuance of Warrant - [ ] Granted [ ] Denied [ ] Bond FORFEITED
- [ ] Arrest date (CT case): _____ ; or [ ] Rule 40 arrest, ___ Dist of _____
- [ ] CJA 23 Financial Affidavit filed [ ] under seal
- [ ] Order appointing Federal Public Defender's Office filed
- [ ] Court appoints Atty. _____ to represent deft for [ ] this proceeding only [ ] all proceedings
- [ ] Appearance of _____ filed
- [ ] Complaint filed [ ] Sealed Complaint filed [ ] Affidavit of _____ filed
- [ ] Information/Misdeameanor filed [ ] Sealed Information filed
- [x] Waiver of Indictment (case opening) filed [ ] Felony Information filed
- [ ] Waiver of Indictment (mid case) filed [ ] Superseding Information filed
- [ ] Plea Agreement Letter filed [ ] Special Assessment of $100.00/$50.00/$25.00 to be paid immediately
- [ ] Counts _____ of the _____ (indictment, superseding indictment, information, etc.)
- [ ] Plea of [ ] not guilty [ ] guilty [ ] nolo contendere
- [ ] Petition to Enter Guilty Plea filed
- [ ] Deft motions due _____ ; Govt. responses due _____
- [ ] Scheduling Order [ ] filed [ ] to be filed [ ] Sentencing Scheduling Order
- [ ] Hearing on Pending Motions scheduled for _____ at _____
- [ ] Jury Selection set for _____ at _____
- [ ] Remaining count(s) to be dismissed at sentencing
- [ ] Sentencing set for _____ at _____
- [x] Govt's Motion for Pretrial Detention filed [x] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] Govt's oral Motion for Pretrial Detention [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] Order of Detention filed
- [x] Deft ordered removed/committed to originating/another District of DC
- [ ] No bond set at this time, Order of Temporary Detention Pending Hearing [ ] filed [ ] to be filed
- [ ] Waiver of Rule 40 Hearing filed
- [ ] Govt's Motion for waiver of 10-day notice [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] Bond [ ] set at $ _____ [ ] reduced to $ _____ [ ] Non-surety [ ] Surety [ ] PR
- [ ] Bond [ ] revoked [ ] reinstated [ ] continued [ ] modified
- [x] Defendant detained
- [x] PC Hearing [ ] waived [x] set for 7/11/05 [ ] continued until _____
- [ ] Attorney Flag Form Attached    [ ] SEE reverse for [ ] conditions of bond [ ] additional proceedings

I hereby certify that the foregoing is a true copy of the original document on file. Date: 7-18-05
KEVIN F. ROWE
Clerk
By J. Rutter
Deputy Clerk

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut or extended to _____ upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____ ; ☐ must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from any use or unlawful possession, or distribution of a narcotic drug.

☐ .....

### ADDITIONAL PROCEEDINGS

| | | | granted | denied | advisement |
|---|---|---|---|---|---|
| ☐ . | Deft's oral motion | | ☐ | ☐ | ☐ |
| ☐ . | Deft's oral motion | | ☐ | ☐ | ☐ |
| ☐ . | Deft's oral motion | | ☐ | ☐ | ☐ |
| ☐ . | Deft's oral motion | | ☐ | ☐ | ☐ |
| ☐ . | Govt's oral motion | | ☐ | ☐ | ☐ |
| ☐ . | Govt's oral motion | | ☐ | ☐ | ☐ |
| ☐ . | Govt's oral motion | | ☐ | ☐ | ☐ |
| ☐ . | Govt's oral motion | | ☐ | ☐ | ☐ |
| ☐ ..#__ | Deft _____ motion | | ☐ | ☐ | ☐ |
| ☐ ..#__ | Deft _____ motion | | ☐ | ☐ | ☐ |
| ☐ ..#__ | Govt's motion | | ☐ | ☐ | ☐ |
| ☐ ..#__ | Govt's motion | | ☐ | ☐ | ☐ |

| | filed | granted | denied | advisemen |
|---|---|---|---|---|
| ☐ ........ | ☐ | ☐ | ☐ | ☐ |
| ☐ ........ | ☐ | ☐ | ☐ | ☐ |
| ☐ ........ | ☐ | ☐ | ☐ | ☐ |
| ☐ ........ | ☐ | ☐ | ☐ | ☐ |

**RECEIVED**

JUL 18 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT