AO 187 (Rev. 7/87) Exhibit and Witness List

05m177exh

# United States District Court

DISTRICT OF Connecticut

USA
v.
Barbara March

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 5:05m177

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY Stephen Reynolds | DEFENDANT'S ATTORNEY David Wenc |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER J Fazekas | COURTROOM DEPUTY J Barrille |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | NCIC Rap Sheet |
| 3 | | | | | Photo copy of master print |
| 4 | | | | | Photo + text of license |
| 5 | | | | | Photo copy of photo by USM |

I hereby certify that the foregoing is a true copy of the original document on file. Date: 7-19-05
KEVIN F. ROWE
Clerk
By _____ Deputy Clerk

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA-23
Rev. 5/98

IN UNITED STATES  ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE: USA v.s. March

FOR AT: Bridgeport

LOCATION NUMBER: United States District Court, District of Connecticut

PERSON REPRESENTED (Show your full name): Barbara March

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS

CHARGE/OFFENSE (describe if applicable & check box →)  ☒ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
- Name and address of employer: Duchess Restaurant, Fairfield
- IF YES, how much do you earn per month? $ 500 00/month
- IF NO, give month and year of last employment. How much did you earn per month? $
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month? $
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- RECEIVED $ _____  SOURCES _____
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $ 27.00

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT
- VALUE _____  DESCRIPTION _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☒ Divorced (SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED)
- Total No. of Dependents: 0
- List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS)
- APARTMENT OR HOME: Rent — Monthly Paymt. $ 150.00

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 6/24/2005

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Barbara March

I hereby certify that the foregoing is a true copy of the original document on file. KEVIN F. ROWE, Clerk By: [signature] Deputy Clerk