AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

Barbara Joan March
also known as Barbara McMahon
also known as Bonnie McMahon
DOB: 10/10/1945

**WARRANT FOR ARREST**

CR05-254 (EGS)

CASE NUMBER 05-0364M-01

FILED
JUL 19 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Barbara Joan March___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Mailing Threatening Communications

in violation of Title _18_ United States Code, Section(s) _§876(c)_ .

JOHN M. FACCIOLA        JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE    U.S. MAGISTRATE JUDGE
Name of Issuing Officer   Title of Issuing Officer

/s/ John M. Facciola       JUN 24 2005   District of Columbia
Signature of Issuing Officer  Date and Location

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| DATE RECEIVED  6·24·05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST  7·19·05 | SEAN McLEOD SDUSM | S. B. M'L |

16592H