UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | |
| v. : | Cr. No. 05-254 (EGS) |
| : | |
| **BARBARA J. MARCH,** : | |
| : | |
| **Defendant.** : | |

**PROPOSED ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

Pursuant to the Court's request, the United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully proposes the attached Order to exclude time within which the trial must commence in the above-captioned case.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058

By: _____

ANGELA G. SCHMIDT
Assistant United States Attorney
Texas Bar No. 17764980
Transnational/Major Crimes Section
555 4th Street, N.W., 11th Floor
Washington, D.C. 20530
(202) 514-7273
Angela. Schmidt@usdoj.gov

CERTIFICATE OF SERVICE

_____ I HEREBY certify that a copy of the foregoing has been served by first-class mail, postage prepaid, upon counsel for defendant, David Box, Esquire, Federal Public Defender Service, 625 Indiana Ave., N.W., Suite 550, Washington, D.C. 20004, this _____ day of August, 2005.

_____
Angela G. Schmidt
Assistant United States Attorney