UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | |
| v. : | Cr. No. 05-254 (EGS) |
| : | |
| **BARBARA J. MARCH,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon oral motion of the defense to exclude thirty-one (31) days in computing the time within which trial must commence in the instant case, and in order to pursue a possible resolution of this case short of trial and provide counsel the reasonable time necessary for effective preparation, the Court finds that the ends of justice are best served and outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, it is hereby

**ORDERED,** that pursuant to the provisions of the "Speedy Trial Act of 1974" (Title 18, United States Code, § 3161(h)(8)(A)), the thirty-one (31) days from August 9, 2005, through September 8, 2005, hereby are excluded from the time in which trial of this case must commence.

_____
EMMET G. SULLIVAN
United States District Court Judge

copies:

    Angela G. Schmidt
    Assistant U.S. Attorney
    555 Fourth Street, N.W.
    Washington, D.C. 20530

    David Bos, Esq.
    Federal Public Defender
    625 Indiana Avenue, N.W., #550
    Washington, D.C. 20004