UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 05-254 (EGS) |
| | : | |
| BARBARA JOAN MARCH, | : | |
| | : | |
| Defendant. | : | |

UNITED STATES' MOTION FOR AN ORDER
DIRECTING THE DEFENDANT TO
SUBMIT TO THE TAKING OF HANDWRITING EXEMPLARS

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves this Court for an Order directing the defendant to submit to the taking of handwriting exemplars. In support of this motion, the United States states as follows:

1. The defendant currently is charged in an eighteen-count indictment with mailing threatening letters and injurious articles to the United States Supreme Court Justices and to the Director and Deputy Director of the Federal Bureau of Investigation. The defendant also is suspected of, but has not yet been charged with, mailing similar threatening letters, also containing injurious articles, to the Chiefs of Staff of the Army, Navy and Air Force. Although each of the letters and envelopes is typewritten, each also bears the handwritten signature(s) of the purported sender(s).

2. The government requests that the Court order the defendant to provide handwriting exemplars to law enforcement agents so that a handwriting expert can compare the defendant's handwriting to the handwritten signatures on the aforementioned threatening letters. It is well settled that the Court has the authority to order a defendant to produce her body for the purpose of obtaining

such handwriting exemplars. *Gilbert v. California*, 388 U.S. 263, 265-7 (1967). *See also, Lewis v. United States*, 382 F.2d 817 (D.C. Cir.), *cert. denied*, 389 U.S. 962 (1967).

WHEREFORE, the United States moves this Court for an Order directing the defendant to submit to the taking of handwriting exemplars by Special Agents of the Federal Bureau of Investigation.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
ANGELA G. SCHMIDT
Assistant United States Attorney
Texas Bar No. 17764980
555 4th Street, N.W., Eleventh Floor
Washington, D.C. 20530
(202) 514-7273
Angela.Schmidt@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing to be served electronically and by first class mail, postage prepaid, this _____ day of August, 2005, on counsel for defendant, David Bos, Esq., Federal Public Defender, 625 Indiana Ave., N.W., #550, Washington D.C.

_____
ANGELA G. SCHMIDT
Assistant United States Attorney