UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 1 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES | : |
| v. | : Cr. No. 05-254 (EGS) |
| BARBARA J. MARCH, | : |
| Defendant. | : |

### ORDER

Upon oral motion of the defense to exclude thirty-one (31) days in computing the time within which trial must commence in the instant case, and in order to pursue a possible resolution of this case short of trial and provide counsel the reasonable time necessary for effective preparation, the Court finds that the ends of justice are best served and outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, it is hereby

**ORDERED,** that pursuant to the provisions of the "Speedy Trial Act of 1974" (Title 18, United States Code, § 3161(h)(8)(A)), the thirty-one (31) days from August 9, 2005, through September 8, 2005, hereby are excluded from the time in which trial of this case must commence.

8/15/05

EMMET G. SULLIVAN
United States District Court Judge

copies:

Angela G. Schmidt
Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

David Bos, Esq.
Federal Public Defender
625 Indiana Avenue, N.W., #550
Washington, D.C. 20004