UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 05-254 (EGS) |
| BARBARA JOAN MARCH, | : | |
| Defendant. | : | |

FILED

SEP 1 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon motion of the government in the above-captioned case for the defendant to submit to the taking of handwriting exemplars, and the Court having given consideration to the representations made and the authorities cited, it is hereby ORDERED:

That the defendant, Barbara Joan March, submit to the taking of handwriting exemplars by Special Agents of the Federal Bureau of Investigation upon request at any reasonable time at her place of confinement or such other place as is mutually agreeable to the assigned agents and the United States Marshals Service.

Dated: 9/14/05

EMMET G. SULLIVAN
United States District Court Judge

Copies to:
Angela Schmidt
Assistant United States Attorney
555 4th St., N.W., 11th Floor
Washington, D.C. 20530

David Bos, Esq.
Federal Public Defender
625 Indiana Ave., N.W., #550
Washington, D.C. 20004