05mj77sw

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
9-1, 19 05
Kevin F. Rowe, Clerk
By _____ Deputy Clerk

# United States District Court

_____ DISTRICT OF _____ CONNECTICUT _____

**In the Matter of the Search of**
(Name, address or Brief description of person, property or premises to be searched)

392 Prospect Street
Apartment 303
Bridgeport, Connecticut

**SEARCH WARRANT**

**CASE NUMBER:**

To SPECIAL AGENT MICHAEL SYRAX _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by SPECIAL AGENT MICHAEL SYRAX OF THE FEDERAL BUREAU OF INVESTIGATION who has reason to believe that on the property or premises known as (name, description and/or location)

392 Prospect Street, Apartment 303, Bridgeport, Connecticut, as more particularly described in Attachment A

in the _____ District of _____ CONNECTICUT _____ there is now concealed a certain person or property, namely (describe the person or property to be seized)

See Attachment B

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   July 4, 2005

~~(not to exceed 10 days)~~ the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) and if the person or property be found there to seize same, leaving copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to  United States Magistrate Holly B. Fitzsimmons  as required by law.

June 24, 2005    4:14 pm
**Date and Time Issued**

Holly B. Fitzsimmons, United States Magistrate Judge
**Name and Title of Judicial Officer**

at    Bridgeport, Connecticut
**City and State**

_[signature]_
**Signature of Judicial Officer**

RECEIVED
SEP 1 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ATTACHMENT A

### DESCRIPTION OF PREMISES TO BE SEARCHED

392 Prospect Street, Apartment 303, Bridgeport, Connecticut, consists of a four story red brick structure located at the corner of Park Avenue and Prospect Street in Bridgeport, Connecticut. The front door of the building is double-sized, white in color, and has the words "Prospect House" and the numbers "392" affixed above it. Apartment 303 is located on the third floor, labeled the "SRO" (single room occupant) floor. The door to the apartment is light brown in color and the number "303" is clearly displayed.

## ATTACHMENT B

### ITEMS TO BE SEIZED

1. A typewriter, typewriter ribbons, address books, lists of mailing addresses, envelopes, stationery, stamps, tape, candy, handwriting samples, rat poison and any other household poison, firearms, disguises, passports and any documents or materials indicating planned travel.

2. Records relating to the creation, mailing or retention of correspondence sent to any of the Supreme Court Justices, or the Director or Deputy Director of the FBI, or other government officials, in which threats are communicated against the person or persons of another, in whatever form.

3. Any and all hard copies or printed materials containing correspondence of a threatening nature, directed to or referencing any of the Supreme Court Justices, the Director or Deputy Director of the FBI , or other government officials, or Barbara Joan March.

4. Records reflecting the identity or any aliases of the occupant(s) of the premises.

5. Records which reflect ownership or leasehold interest of the premises.

*[signature]*
6-24-2005

06/27/2005

Pursuant to a federal search warrant signed by the Honorable Holly B. Fitzsimmons, United States Magistrate Judge for the District of Connecticut 392 Prospect Street, Apartment 303, Bridgeport, Connecticut was searched.

The apartment was initially secured during the arrest of Barbara March at the residence. After a protective sweep by officers and agents, members of the New Haven Division Evidence Response Team conducted a thorough hand search.

On this date the Evidence Response Team members present for the search included Special Agent Judith A. Eide, Kevin S. Deshazo, and Edward V. Garlick.

The items seized are listed below:

| # | Item |
|---|---|
| 1 | Handwritten notes |
| 2 | Almond Joy candy bar |
| 3 | Various bags of candy |
| 4 | One bag of handwritten notes |
| 5 | Three pens |
| 6 | Various handwritten documents |
| 7 | Writing implements |
| 8 | Bergen County map |
| 9 | Plastic bags containing various handwritten documents |
| 10 | Notebooks with handwritten notes |
| 11 | Jar of candy |
| 12 | Notebook paper with handwritten "Expenses" |
| 13 | Writing implements with handwritten note |
| 14 | Calendar with handwritten notes |
| 15 | White powder in clear jar with spoon |
| 16 | White powder in clear jar |
| 17 | Clear jar containing wrapped candy |
| 18 | White Polo bag containing handwritten documents |

The items will be forwarded to the Washington Field Division for examination and storage.

Case ID : 89D-WF-231722                    Serial :