**United States District Court**

**DISTRICT OF CONNECTICUT**

**FILED** 2005 SEP -1 A 9:40

U.S. DISTRICT COURT
BRIDGEPORT, CONN

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

In the Matter of the Search of
(Name, address or Brief description of person, property or premises to be searched)

392 Prospect Street, Apartment 303
Bridgeport, Connecticut

CASE NUMBER:

I __Michael Syrax__ being duly sworn depose and say:

I am a __Special Agent of the Federal Bureau of Invetigation__ and have reason to believe that on the property or premises known as (name, description and/or location)

392 Prospect Street, Apartment 303, Bridgeport, Connecticut, as more particularly described in Attachment A

in the ___ District of __Connecticut__
there is now concealed a certain person or property, namely (describe the person or property to be seized)

    See Attachment B

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

evidence, fruits and instrumentalities pertaining to the planning and implementation of the offense of mailing threatening communications, in violation of 18 U.S.C. §876(c)

The facts to support a finding of Probable Cause are as follows:

    See Attached Affidavit

Continued on the attached sheet and made a part hereof.   x Yes __ No

Signature of Affiant

Sworn to before me, and subscribed in my presence

June 24, 2005                    at    Bridgeport, Connecticut
                                       City and State

Holly B. Fitzsimmons, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

**RECEIVED SEP 12 2005 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE OF CONNECTICUT | : | ss: BRIDGEPORT, CT |
| | : | |
| | : | |
| | : | |
| | : | |
| FAIRFIELD COUNTY | : | June 24, 2005 |

## AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT
392 Prospect Street, Apartment 303, Bridgeport, Connecticut

I, Michael J. Syrax, Special Agent with the Federal Bureau of Investigation (FBI), New Haven Field Office, Bridgeport, Connecticut (hereinafter affiant), being duly sworn, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed for three and one half years. I am currently assigned to the Criminal Enterprise Squad in Bridgeport, Connecticut and have been so assigned since my employment began. During my FBI career, I have participated in numerous criminal investigations of narcotics offenses and violent crimes, including threats to federal judges. I also have participated in the execution of numerous search warrants. Before becoming an FBI agent, I was a deputy sheriff with the Spartanburg Sheriff's Office in Spartanburg, South Carolina for six years.

2. This affidavit is submitted in support of a search warrant for the current residence of BARBARA JOAN MARCH, in connection with an investigation into the mailing of threatening communications to Justices of the United States Supreme Court and to the Director and Assistant Director of the Federal Bureau of Investigation on or about April 22, 2005, in violation of 18 U.S.C. § 876(c). March's residence is an apartment located at 392 Prospect Street, Apartment 303, Bridgeport, Connecticut, and is more fully described in Attachment A, which is incorporated herein.

This address is listed in an internet database and on Ms. March's Connecticut driver's license as her home residence, and this address also has been confirmed as her residence by a reliable source of information.

3.  The facts and information contained in this affidavit are based upon my personal knowledge and the investigation and observations of other law enforcement officers involved in the investigation. This affidavit contains information necessary to support probable cause for this application. It is not intended to include each and every fact and matter observed by me or known to the government.

4.  Between April 27, 2005, and April 29, 2005, the Supreme Court of the United States Mail Inspection Facility, located at 3035 V Street, Northeast, Washington, D.C., received seven envelopes, each addressed to a different Justice of the United States Supreme Court, and some of which clearly were postmarked April 22, 2005, in New York, New York. Employees at the facility noticed that an unknown brown substance was leaking through the envelopes. Each of the envelopes included a typewritten name and address of the intended recipient, as well as a typewritten return name and address. The names and return addresses differed for each letter and were of various purported senders throughout the country. After irradiating the envelopes, employees opened them and found inside each envelope a one-page typewritten letter. In substance, the letters were the same and included statements to the following effect:

> We are (or I am) going to kill you. This is poisoned.

Each letter concluded with handwritten signature(s) of the purported sender(s) named in the return address on the envelope and in the body of the letter. The letters also each contained the crumbled remnants of what appeared to be a baked good that had been affixed to the letter with tape. The

envelopes were tested for nuclear, biological or chemical contamination, with negative results. Employees then preserved the envelopes and their contents in sealed bags and notified the FBI.

5. The seven envelopes and their contents subsequently were sent to the FBI Laboratory located in Quantico, Virginia. Chemical analysis revealed that the apparent baked goods in each of the envelopes contained green fragments consistent with pellets of rat poison. The green pellets were analyzed further and in fact were found to contain bromadiolone, a rodenticide.

6. Two additional envelopes, addressed to the remaining Supreme Court Justices, were received at the V Street mail facility on May 9 and May 13, 2005. These envelopes, the enclosed letters and crumbled contents were similar in form and content to those described in paragraph five. In addition, between April 29, 2005, and May 2, 2005, the Cheverly Mail Processing Center, located in Cheverly, Maryland, received two envelopes addressed to the Director and Deputy Director of the FBI. These envelopes and the enclosed letters also were similar in form and content to those described in paragraph five above, except that they contained the smashed remnants of what appeared to be a piece of candy instead of a baked good. Analysis of the contents of the envelopes addressed to the remaining two Supreme Court Justices and the two FBI officials has not yet been completed.

7. FBI agents subsequently located and interviewed seven of the purported senders of the letters, all of whom have denied sending the letters attributed to them. Witness One, one of the purported senders, was asked whether she recognized the names of other purported senders. Witness One immediately recognized some of the names as those of women with whom she had attended Stetson College, in De Land, Florida, in the mid-1960's and who were members of the same sorority. Witness One further volunteered that "Bobbi March," another fellow sorority member, possibly

-3-

could be responsible for writing the letters. All of the purported senders who have been interviewed to date have a connection to Ms. March. Specifically, of the other purported senders, one also attended college with Ms. March and was a member of the same sorority; two attended elementary and/or high school with Ms. March in Bridgeport, Connecticut; one was Ms. March's roommate in the late 1960's while the two were studying Spanish in Spain; one attended elementary school with Ms. March's brother; and one has a son who attended elementary school with Ms. March's brother. In addition, Witness One recognized the names of two additional purported senders, who have yet to be interviewed, as fellow sorority sisters.

8. One of the purported senders indicated that she had received threatening letters through the mail from Ms. March in the late 1980's or early 1990's. Moreover, your affiant has learned that Ms. March arrested in Stratford, CT, on December 7, 1985 and convicted in or about April 1987 of attempted murder in connection with an incident in which she fired a gun at her brother and sister-in-law. Your affiant has learned further from one of the shooting victims that on the date of the shooting, December 7, 1985, Ms. March reportedly mailed "poisoned wine" to three of her family members, her mother, her father and one of her brothers. Finally, after the shooting incident, the individual at whose premises Ms. March was living at that time gathered all of her belongings and turned them over to law enforcement. Among those items was a container of rat poison.

9. In addition, based upon a review of Ms. March's criminal history and "rap sheet," it appears that Ms. March has several prior convictions for mailing threatening communications including, a May 19, 1992 federal conviction for harassing communications for which she received five (5) years in prison and three (3) years of supervised release; an additional federal conviction for

-4-

mailing threatening communications on or about June 13, 1992 from FCI Marianna, for which she appears to have received five (5) years in prison and three (3) years of supervised release, concurrent; an additional conviction for mailing threatening communications from the Women's Federal Correctional Institution in Lexington, Kentucky on or about October 26, 1992, for which she received thirty (30) months; and a September 25, 1996 federal violation of supervised release for mailing threatening communications, for which she received twenty-four (24) months.

10. Based on the foregoing, there is probable cause to believe that on or about April 22, 2005, Barbara Joan March mailed threatening communications to each of the Supreme Court Justices and to the Director and Deputy Director of the FBI, in violation of 18 U.S.C. §876(c). Moreover, based upon my training and experience, I know that persons often store or maintain evidence, instrumentalities and/or fruits of and concerning violations of Title 18, United States Code §876 in their residences, as more particularly described in Attachment B. Accordingly, based on the foregoing, there further is probable cause to believe that evidence, fruits and instrumentalities pertaining to the planning and implementation of the offense of mailing threatening communications, in violation of 18 U.S.C. §876(c), is located at Ms. March's residence, 392 Prospect Street, Apartment 303, Bridgeport, Connecticut, as more particularly described in Attachment A, including the items more particularly described in Attachment B, including a typewriter, typewriter ribbons, address books, lists of mailing addresses, envelopes, stationery, stamps, tape, candy, handwriting

samples, rat poison and any other household poison, firearms, disguises, passports and any documents or materials indicating planned travel.

Michael Syrax
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this ___ day of June 2005.

Holly B. Fitzsimmons
United States Magistrate Judge

## ATTACHMENT A

### DESCRIPTION OF PREMISES TO BE SEARCHED

392 Prospect Street, Apartment 303, Bridgeport, Connecticut, consists of a four story red brick structure located at the corner of Park Avenue and Prospect Street in Bridgeport, Connecticut. The front door of the building is double-sized, white in color, and has the words "Prospect House" and the numbers "392" affixed above it. Apartment 303 is located on the third floor, labeled the "SRO" (single room occupant) floor. The door to the apartment is light brown in color and the number "303" is clearly displayed.

## ATTACHMENT B

### ITEMS TO BE SEIZED

1. A typewriter, typewriter ribbons, address books, lists of mailing addresses, envelopes, stationery, stamps, tape, candy, handwriting samples, rat poison and any other household poison, firearms, disguises, passports and any documents or materials indicating planned travel.

2. Records relating to the creation, mailing or retention of correspondence sent to any of the Supreme Court Justices, or the Director or Deputy Director of the FBI, or other government officials, in which threats are communicated against the person or persons of another, in whatever form.

3. Any and all hard copies or printed materials containing correspondence of a threatening nature, directed to or referencing any of the Supreme Court Justices, the Director or Deputy Director of the FBI, or other government officials, or Barbara Joan March.

4. Records reflecting the identity or any aliases of the occupant(s) of the premises.

5. Records which reflect ownership or leasehold interest of the premises.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STATE OF CONNECTICUT     :     ss: BRIDGEPORT, CT
                         :
                         :
                         :
FAIRFIELD COUNTY         :     June 24, 2005

**AFFIDAVIT IN SUPPORT OF AMENDED SEARCH WARRANT**
392 Prospect Street, Apartment 303, Bridgeport, Connecticut

I, Michael J. Syrax, Special Agent with the Federal Bureau of Investigation (FBI), New Haven Field Office, Bridgeport, Connecticut (hereinafter affiant), being duly sworn, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed for three and one half years. I am currently assigned to the Criminal Enterprise Squad in Bridgeport, Connecticut and have been so assigned since my employment began. During my FBI career, I have participated in numerous criminal investigations of narcotics offenses and violent crimes, including threats to federal judges. I also have participated in the execution of numerous search warrants. Before becoming an FBI agent, I was a deputy sheriff with the Spartanburg Sheriff's Office in Spartanburg, South Carolina for six years.

2. This affidavit is submitted in support of an amended search warrant for the current residence of BARBARA JOAN MARCH, in connection with an investigation into the mailing of threatening communications to Justices of the United States Supreme Court and to the Director and Assistant Director of the Federal Bureau of Investigation on or about April 22, 2005, in violation of 18 U.S.C. § 876(c).

3. On or about June 24, 2005 at approximately 4:14 p.m., this Court issued a search warrant for the premises of residence of BARBARA JOAN MARCH located at 392 Prospect Street,

Apartment 303, Bridgeport Connecticut, as more particularly described in Attachment A in the warrant application, for the items identified as evidence, fruits and instrumentalities pertaining to the planning and implementation of the offense of mailing threatening communications, in violation of 18 U.S.C. §876(c). That application, affidavit in support and search warrant are incorporated herein by reference.

4. In that application, a request for "baked goods," "baking materials" and "writing instruments" were not included among those items to be seized as set forth in Attachment B. This affidavit is in support of a request to add for "baked goods," "baking materials" and "writing instruments" to the list of items to be seized and a concomitant request to amend the search warrant in that regard to include for "baked goods," "baking materials" and "writing instruments" as among the material to be seized.

5. To that end, attached is an amended "Attachment B," including for "baked goods," "baking materials" and "writing instruments" as among the items to be seized. It is respectfully requested that this affidavit and the amended Attachment B be approved by the Court and that this affidavit and the amended Attachment B be included and attached to the original search warrant application, and that these materials, in total, be deemed the amended search warrant.

                                      Michael Syrax
                                      Special Agent
                                      Federal Bureau of Investigation

Sworn to and subscribed before me this 24 day of June 2005.

                                      Holly B. Fitzsimmons
                                      United States Magistrate Judge

ATTACHMENT B

**ITEMS TO BE SEIZED**

1. A typewriter, typewriter ribbons, address books, lists of mailing addresses, envelopes, stationery, stamps, tape, candy, handwriting samples, rat poison and any other household poison, firearms, disguises, passports and any documents or materials indicating planned travel.

2. Records relating to the creation, mailing or retention of correspondence sent to any of the Supreme Court Justices, or the Director or Deputy Director of the FBI, or other government officials, in which threats are communicated against the person or persons of another, in whatever form.

3. Any and all hard copies or printed materials containing correspondence of a threatening nature, directed to or referencing any of the Supreme Court Justices, the Director or Deputy Director of the FBI, or other government officials, or Barbara Joan March.

4. Records reflecting the identity or any aliases of the occupant(s) of the premises.

5. Records which reflect ownership or leasehold interest of the premises.

6. Baked goods, baking materials and writing instruments.