05m177sw2

13

# United States District Court

**FILED**

_____ DISTRICT OF _____ CONNECTICUT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

In the Matter of the Search of
(Name, address or Brief description of person, property or premises to be searched)

392 Prospect Street
Apartment 303
Bridgeport, Connecticut

**SEARCH WARRANT**

**CASE NUMBER: 3:05m177(HBF)**

To **SPECIAL AGENT MICHAEL SYRAX** _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by SPECIAL AGENT MICHAEL SYRAX OF THE FEDERAL BUREAU OF INVESTIGATION who has reason to believe that on the property or premises known as (name, description and/or location)

392 Prospect Street, Apartment 303, Bridgeport, Connecticut, as more particularly described in Attachment A

in the _____ District of _____ **CONNECTICUT** _____ there is now concealed a certain person or property, namely (describe the person or property to be seized)

See Attachment B

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before **July 8, 2005**

~~(not to exceed 10 days)~~ the person or place named above for the person or property specified, serving this warrant and making the search ☒ in the daytime - 6:00 A.M. to 10:00 P.M. ☒ and if the person or property be found there to seize same, leaving copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to United States Magistrate Judge Holly B. Fitzsimmons as required by law.

June 30, 2005
**Date and Time Issued**

at ___ Bridgeport, Connecticut ___
**City and State**

Holly B. Fitzsimmons, United States Magistrate Judge
**Name and Title of Judicial Officer**

_Signature of Judicial Officer_

**RECEIVED**
SEP 1 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05mj77sw2

AO 93 (Rev. 5/85) Search Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED 06/30/2005 | DATE AND TIME WARRANT EXECUTED 06/30/2005 approx 2:30 AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH AT RESIDENCE |
| INVENTORY MADE IN THE PRESENCE OF SA MONICA PATTON, FBI – SA JUDITH EIDE, FBI – SA MICHAEL SYRAX, FBI |||
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT SEE ATTACHMENT |||

CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_ MAGISTRATE JUDGE    8/31/2005 DATE

FILED 2005 SEP -1 A 9:41 U.S. DISTRICT COURT BRIDGEPORT, CONN