## ATTACHMENT A

## DESCRIPTION OF PREMISES TO BE SEARCHED

392 Prospect Street, Apartment 303, Bridgeport, Connecticut, consists of a four story red brick structure located at the corner of Park Avenue and Prospect Street in Bridgeport, Connecticut. The front door of the building is double-sized, white in color, and has the words "Prospect House" and the numbers "392" affixed above it. Apartment 303 is located on the third floor, labeled the "SRO" (single room occupant) floor. The door to the apartment is light brown in color and the number "303" is clearly displayed.

*[signature] 6/30/2005*

## ATTACHMENT B

### ITEMS TO BE SEIZED

1. Tablecloths, bedspreads, carpet, clothes, linens, or other materials that are similar in color and composition to the following fibers: a bluish black or grey acrylic fiber; a faded or worn grayish brown cotton fiber, and a red cotton fiber.

2. Gloves of any sort.

3. Pinwheel or golf ball typewriter mechanisms.

*[handwritten signature] 6/30/2005*

---- Working Copy ----                                         Page    1

07/05/2005

Pursuant to a federal search warrant signed by the Honorable Holly B. Fitzsimmons, United States Magistrate Judge for the District of Connecticut, 392 Prospect Street, Apartment 303, Bridgeport, Connecticut was searched.

Present for the search were Special Agents Judith A. Eide of the New Haven Evidence Response Team, Michael J. Syrax of the New Haven Division, and Monica Patton of the Washington Field Division.

The items seized are listed below:

| # | Item |
|---|---|
| 1 | Red Sweater |
| 2 | Brown Sweater |
| 3 | Red Sweater |
| 4 | Red Sweater |
| 5 | Denim Shorts |
| 6 | Denim Pants |
| 7 | Denim Bag |
| 8 | Blue Blanket |
| 9 | Blue Pillow Cover |
| 10 | Blue Fringe Blanket |
| 11 | Four Various Fabrics |
| 12 | Small Pillow |
| 13 | Bedspread |
| 14 | Blue Bedspread |
| 15 | Sample of Mattress |
| 16 | Previously Bagged Clothing Items |
| 17 | Red and Black Shirt |
| 18 | Red Sweater |
| 19 | Red Sweater Set |
| 20 | Red V-Neck Shirt |
| 21 | Three Red Shirts |
| 22 | Two Red Shirts |
| 23 | Blue and Black Skirt |
| 24 | Blue and Black Skirt |
| 25 | Blue and Black Skirt |
| 26 | Grey Blend Pants |
| 27 | Bluish Pants |
| 28 | Brown/Red Bed Cover |

---

Case ID : 89D-WF-231722                                Serial : 47

---- Working Copy ----                                    Page    2

```
29      Red Cotton Coat
30      Grey Pant Suit
31      Gloves from Hair Coloring Kit
```

       The items will be forwarded to the Washington Field Division for examination and storage.

*[Certification stamp: SEP - 7 2005, with signature]*

*[Handwritten initials and date: 8/15/05]*