o5m177app2

## United States District Court

**FILED**

DISTRICT OF _____ CONNECTICUT  2005 SEP -1  A 9:41

U.S. DISTRICT COURT

**In the Matter of the Search of**
(Name, address or Brief description of person, property or premises to be searched)

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

392 Prospect Street, Apartment 303
Bridgeport, Connecticut

CASE NUMBER:  3:05m177(HBF)

I ___Michael Syrax___ being duly sworn depose and say:

I am a ___Special Agent of the Federal Bureau of Invetigation___ and have reason to believe
that on the property or premises known as (name, description and/or location)

392 Prospect Street, Apartment 303, Bridgeport, Connecticut, as more particularly described in Attachment A

in the _____ District of _____ Connecticut _____
there is now concealed a certain person or property, namely (describe the person or property to be seized)

See Attachment B

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

evidence, fruits and instrumentalities pertaining to the planning and implementation of the offense of mailing threatening communications, in violation of 18 U.S.C. §876(c)

The facts to support a finding of Probable Cause are as follows:

See Attached Affidavit

Continued on the attached sheet and made a part hereof.   _x_ Yes __ No

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence
June 30, 2005                           at  Bridgeport, Connecticut
                                            City and State

Holly B. Fitzsimmons, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

_____
Signature of Judicial Officer

**RECEIVED**
SEP 1 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE OF CONNECTICUT | : | ss: BRIDGEPORT, CT |
| | : | |
| FAIRFIELD COUNTY | : | June 30, 2005 |

### AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT
### 392 Prospect Street, Apartment 303, Bridgeport, Connecticut

I, Michael J. Syrax, Special Agent with the Federal Bureau of Investigation (FBI), New Haven Field Office, Bridgeport, Connecticut (hereinafter affiant), being duly sworn, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed for three and one half years. I am currently assigned to the Criminal Enterprise Squad in Bridgeport, Connecticut and have been so assigned since my employment began. During my FBI career, I have participated in numerous criminal investigations of narcotics offenses and violent crimes, including threats to federal judges. I also have participated in the execution of numerous search warrants. Before becoming an FBI agent, I was a deputy sheriff with the Spartanburg Sheriff's Office in Spartanburg, South Carolina for six years.

2. This affidavit is submitted in support of a search warrant for the current residence of BARBARA JOAN MARCH, in connection with an investigation into the mailing of threatening communications to Justices of the United States Supreme Court and to the Director and Assistant Director of the Federal Bureau of Investigation on or about April 22, 2005, in violation of 18 U.S.C. § 876(c). Ms. March's residence is an apartment located at 392 Prospect Street, Apartment 303, Bridgeport, Connecticut, and is more fully described in Attachment A, which is incorporated herein.

This address is listed in an internet database and on Ms. March's Connecticut driver's license as her home residence, and this address also has been confirmed as her residence by a reliable source of information.

3. The facts and information contained in this affidavit are based upon my personal knowledge and the investigation and observations of other law enforcement officers involved in the investigation. This affidavit contains information necessary to support probable cause for this application. It is not intended to include each and every fact and matter observed by me or known to the government.

4. On June 24, 2005, an amended search warrant for Ms. March's residence was approved by the Honorable Holly B. Fitzsimmons. Your affiant respectfully requests that the facts set forth in the affidavit in support of that warrant be incorporated herein. This search warrant seeks additional evidence for which probable cause has developed based on the results of scientific analyses that were received after the initial search warrant was approved.

5. Since its receipt of seven of the threatening letters that prompted this investigation, the FBI Laboratory in Quantico, Virginia, has been conducting various scientific analyses of those letters, including the previously-reported chemical analysis of the baked goods included in those letters. The results of hair and fiber, DNA, fingerprint and document analyses of those letters now also are available. Various fibers were recovered from each of the letters tested. The recovered fibers are consistent with one another, thus indicating that the letters are of a common origin. The recovered fibers include a bluish black or gray acrylic fiber; a faded or worn grayish brown cotton fiber; and a red cotton fiber. No fingerprint or DNA evidence was found on the letters analyzed to date, thus indicating that the writer most likely wore gloves when creating the letters and otherwise

-2-

took conscious steps to conceal her identity. The document analysis indicates that the letters analyzed to date are of the same design and style of type, and were produced on a typewriter with a carbon ribbon and either a pinwheel or golf ball mechanism, similar to IBM Selectric or Brothers models.

6.  Based on the foregoing, there is probable cause to believe that further evidence, fruits and instrumentalities pertaining to the planning and implementation of the offense of mailing threatening communications, in violation of 18 U.S.C. §876(c), is located at Ms. March's residence, 392 Prospect Street, Apartment 303, Bridgeport, Connecticut, as more particularly described in Attachment A, including the items more particularly described in Attachment B, including tablecloths, bedspreads, carpet, clothes, linens, or other materials similar in color and composition to the results of the fiber analyses described herein, gloves of any sort, and pinwheel or golf ball typewriter mechanisms.

Michael Syrax
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this 30 day of June 2005.

Holly B. Fitzsimmons
United States Magistrate Judge

## ATTACHMENT B

### ITEMS TO BE SEIZED

1. Tablecloths, bedspreads, carpet, clothes, linens, or other materials that are similar in color and composition to the following fibers: a bluish black or grey acrylic fiber; a faded or worn grayish brown cotton fiber, and a red cotton fiber.

2. Gloves of any sort.

3. Pinwheel or golf ball typewriter mechanisms.