UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |  | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | : | | |
| | : | | |
| **Plaintiff,** | : | | |
| | : | | |
| v. | : | Case Number 05-254 (EGS ) | |
| | : | | |
| **BARBARA MARCH,** | : | | |
| | : | | |
| **Defendant.** | : | | |

**UNOPPOSED MOTION TO CONTINUE STATUS HEARING
AND SPEEDY TRIAL ACT WAIVER**

1. A status hearing in the instant case is presently scheduled for October 28, 2005, at 12:30 p.m.

2. The Defendant is undergoing discussions with the Government to resolve this matter. The discussions with the government, however, have not been concluded. The parties therefore request that the status hearing scheduled for October 28th be vacated and the matter continued for 45 days.

3. Should the Court grant this request, the Defendant additionally requests the Court to exclude 45 days in computing the time in which the Defendant must be tried on the instant indictment. Counsel for the Defendant has explained to the Defendant her rights under the Speedy Trial Act (Title 18, U.S.C. §3161(h)(8)(A)) and she has authorized counsel to inform the Court that she is willing to waive her rights under the Speedy Trial Act and exclude 45 days in computing the time within which her trial is held in this case. The parties further agree, for the reasons outlined above, that the ends of justice are best served and out weigh the best interest of the public and the Defendant in a speedy trial in this case.

4. The Government, per Assistant United States Attorney Angela Schmidt, does not oppose

this request.

                                  Respectfully submitted,

                                  A.J. KRAMER
                                  Federal Public Defender

                                        /S/

                                DAVID W. BOS.
                                  Assistant Federal Public Defender
                                  625 Indiana Avenue, N.W., Suite 550
                                  Washington, DC  20004


## **CERTIFICATE OF SERVICE**

    I, David W. Bos., Assistant Federal Public Defender, hereby certify that a copy of this filing has been served upon Angela Schmidt , Esquire, Assistant United States Attorney

                                        /S/

                                  DAVID W. BOS
                                  Assistant Federal Public Defender