UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v.  : | Case Number 05-254 (EGS ) |
| : | |
| **BARBARA MARCH,** : | |
| : | |
| **Defendant.** : | |

## ORDER

After consideration of the Defendant's motion to continue the presently scheduled status hearing in this case, it is hereby,

**ORDERED**, that the motion is granted and the status hearing presently set for October 28, 2005, is continued to _____; it is

**FURTHER ORDERED**, after consideration of the representations in the Defendant's motion to continue the presently scheduled status hearing in this case, the Court finds that the interests and ends of justice are best served and outweigh the interests of the public and the Defendant in a speedy trial, and pursuant to the Speedy Trial Act (18 U.S.C. § 3161) 45 days shall be excluded in computing the time in which the Defendant shall be brought to trial in this case.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

cc: AFPD David Bos
　　AUSA Angela Schmidt