## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : **CRIMINAL  NO. 05-254 (EGS)** |
| | : |
| | : |
| | : |
| **V.** | : **VIOLATIONS:** |
| | : |
| | : **18 U.S.C. §§ 1716(a) and (j)(2)** |
| **BARBARA JOAN MARCH,** | : **(Mailing Injurious Articles)** |
| **also known as BARBARA MCMAHON,** | : |
| **also known as BONNIE MCMAHON,** | : |
| | : |
| **Defendant.** | : |

## I N F O R M A T I O N

The United States Attorney charges:

### COUNT ONE

On or about April 22, 2005, in the District of Columbia and elsewhere, the defendant, **BARBARA JOAN MARCH**, also known as BARBARA McMAHON and BONNIE McMAHON, with intent to kill and injure another, knowingly did deposit for mailing in any post office and authorized depository for mail matter, and cause to be delivered by mail a letter addressed to "The Honorable Stephen Breyer, Supreme Court Justice, Supreme Court of the United States Building, 1 First Street, N.E. Washington, D.C. 20543 0001," containing poison, that is, bromadiolone, a rodenticide, a nonmailable matter.

> **(Mailing Injurious Articles,** in violation of Title 18, United States Code, Sections 1716(a) and (j)(2))

### COUNT TWO

On or about April 22, 2005, in the District of Columbia and elsewhere, the defendant, **BARBARA JOAN MARCH**, also known as BARBARA McMAHON and BONNIE McMAHON, with intent to kill and injure another, knowingly did deposit for mailing in any post office and authorized depository for mail matter, and cause to be delivered by mail a letter addressed to "The

Honorable Ruth Ginsberg, Supreme Court Justice, Supreme Court of the United States Building, 1 First Street, N.E. Washington, D.C. 20543 0001," containing poison, that is, bromadiolone, a rodenticide, a nonmailable matter.

**(Mailing Injurious Articles,** in violation of Title 18, United States Code, Sections 1716(a) and (j)(2))

## COUNT THREE

On or about April 22, 2005, in the District of Columbia and elsewhere, the defendant, **BARBARA JOAN MARCH**, also known as BARBARA McMAHON and BONNIE McMAHON, with intent to kill and injure another, knowingly did deposit for mailing in any post office and authorized depository for mail matter, and cause to be delivered by mail a letter addressed to "The Honorable Anthony Kennedy, Supreme Court Justice, Supreme Court of the United States Building, 1 First Street, N.E. Washington, D.C. 20543 0001," containing poison, that is, bromadiolone, a rodenticide, a nonmailable matter.

**(Mailing Injurious Articles,** in violation of Title 18, United States Code, Sections 1716(a) and (j)(2))

## COUNT FOUR

On or about April 22, 2005, in the District of Columbia and elsewhere, the defendant, **BARBARA JOAN MARCH**, also known as BARBARA McMAHON and BONNIE McMAHON, with intent to kill and injure another, knowingly did deposit for mailing in any post office and authorized depository for mail matter, and cause to be delivered by mail a letter addressed to "The Honorable Sandra D. O'Connor, Supreme Court Justice, Supreme Court of the United States Building, 1 First Street, N.E. Washington, D.C. 20543 0001," containing poison, that is, bromadiolone, a rodenticide, a nonmailable matter.

**(Mailing Injurious Articles,** in violation of Title 18, United States Code, Sections 1716(a) and (j)(2))

## COUNT FIVE

On or about April 22, 2005, in the District of Columbia and elsewhere, the defendant, **BARBARA JOAN MARCH**, also known as BARBARA McMAHON and BONNIE McMAHON, with intent to kill and injure another, knowingly did deposit for mailing in any post office and authorized depository for mail matter, and cause to be delivered by mail a letter addressed to "The Honorable William H. Rehnquist, Supreme Court Justice, Supreme Court of the United States Building, 1 First Street, N.E. Washington, D.C. 20543 0001," containing poison, that is, bromadiolone, a rodenticide, a nonmailable matter.

> **(Mailing Injurious Articles,** in violation of Title 18, United States Code, Sections 1716(a) and (j)(2))

## COUNT SIX

On or about April 22, 2005, in the District of Columbia and elsewhere, the defendant, **BARBARA JOAN MARCH**, also known as BARBARA McMAHON and BONNIE McMAHON, with intent to kill and injure another, knowingly did deposit for mailing in any post office and authorized depository for mail matter, and cause to be delivered by mail a letter addressed to "The Honorable Antonin Scalia, Supreme Court Justice, Supreme Court of the United States Building, 1 First Street, N.E. Washington, D.C. 20543 0001," containing poison, that is, bromadiolone, a rodenticide, a nonmailable matter.

> **(Mailing Injurious Articles,** in violation of Title 18, United States Code, Sections 1716(a) and (j)(2))

## COUNT SEVEN

On or about April 22, 2005, in the District of Columbia and elsewhere, the defendant, **BARBARA JOAN MARCH**, also known as BARBARA McMAHON and BONNIE McMAHON, with intent to kill and injure another, knowingly did deposit for mailing in any post office and authorized depository for mail matter, and cause to be delivered by mail a letter addressed to "The Honorable David Souter, Supreme Court Justice, Supreme Court of the United States Building, 1 First Street, N.E. Washington, D.C. 20543 0001," containing poison, that is, bromadiolone, a

rodenticide, a nonmailable matter.

(Mailing Injurious Articles, in violation of Title 18, United States Code, Sections 1716(a) and (j)(2))

## COUNT EIGHT

On or about April 22, 2005, in the District of Columbia and elsewhere, the defendant, BARBARA JOAN MARCH, also known as BARBARA McMAHON and BONNIE McMAHON, with intent to kill and injure another, knowingly did deposit for mailing in any post office and authorized depository for mail matter, and cause to be delivered by mail a letter addressed to "The Honorable John P. Stevens, Supreme Court Justice, Supreme Court of the United States Building, 1 First Street, N.E. Washington, D.C. 20543 0001," containing poison, that is, bromadiolone, a rodenticide, a nonmailable matter.

(Mailing Injurious Articles, in violation of Title 18, United States Code, Sections 1716(a) and (j)(2))

## COUNT NINE

On or about April 22, 2005, in the District of Columbia and elsewhere, the defendant, BARBARA JOAN MARCH, also known as BARBARA McMAHON and BONNIE McMAHON, with intent to kill and injure another, knowingly did deposit for mailing in any post office and authorized depository for mail matter, and cause to be delivered by mail a letter addressed to "The Honorable Clarence Thomas, Supreme Court Justice, Supreme Court of the United States Building, 1 First Street, N.E. Washington, D.C. 20543 0001," containing poison, that is, bromadiolone, a rodenticide, a nonmailable matter.

(Mailing Injurious Articles, in violation of Title 18, United States Code, Sections 1716(a) and (j)(2))

## COUNT TEN

On or about April 22, 2005, in the District of Columbia and elsewhere, the defendant, BARBARA JOAN MARCH, also known as BARBARA McMAHON and BONNIE McMAHON, with intent to kill and injure another, knowingly did deposit for mailing in any post office and

authorized depository for mail matter, and cause to be delivered by mail a letter addressed to "Mr. Robert S. Mueller, Director of the Federal Bureau of Investigation, J. Edgar Hoover Building, 935 Pennsylvania Avenue N.W., Washington D.C. 20335 0001," containing poison, that is, bromadiolone, a rodenticide, a nonmailable matter.

        **(Mailing Injurious Articles,** in violation of Title 18, United States Code, Sections 1716(a) and (j)(2))

## COUNT ELEVEN

On or about April 22, 2005, in the District of Columbia and elsewhere, the defendant, **BARBARA JOAN MARCH**, also known as BARBARA McMAHON and BONNIE McMAHON, with intent to kill and injure another, knowingly did deposit for mailing in any post office and authorized depository for mail matter, and cause to be delivered by mail a letter addressed to "Mr. John S. Pistole, Deputy Director of the Federal Bureau of Investigation, J. Edgar Hoover Building, 935 Pennsylvania Ave. N.W., Washington D.C. 20335 0001," containing poison, that is, bromadiolone, a rodenticide, a nonmailable matter.

        **(Mailing Injurious Articles,** in violation of Title 18, United States Code, Sections 1716(a) and (j)(2))

## COUNT TWELVE

On or about April 22, 2005, in the District of Columbia and elsewhere, the defendant, **BARBARA JOAN MARCH**, also known as BARBARA McMAHON and BONNIE McMAHON, with intent to kill and injure another, knowingly did deposit for mailing in any post office and authorized depository for mail matter, and cause to be delivered by mail a letter addressed to "Admiral Vern E. Clark, Chief of Naval Operations, 2000 Navy Pentagon, Washington D.C. 20350," containing poison, that is, bromadiolone, a rodenticide, a nonmailable matter.

        **(Mailing Injurious Articles,** in violation of Title 18, United States Code, Sections 1716(a) and (j)(2))

## COUNT THIRTEEN

On or about April 22, 2005, in the District of Columbia and elsewhere, the defendant,

**BARBARA JOAN MARCH**, also known as BARBARA McMAHON and BONNIE McMAHON,

with intent to kill and injure another, knowingly did deposit for mailing in any post office and

authorized depository for mail matter, and cause to be delivered by mail a letter addressed to

"General John P. Jumper, Chief of Staff, Air Force, 1670 Air Force Pentagon, Washington D.C.

20330 1670," containing poison, that is, bromadiolone, a rodenticide, a nonmailable matter.

**(Mailing Injurious Articles,** in violation of Title 18, United States Code, Sections 1716(a) and (j)(2))

## COUNT FOURTEEN

On or about April 22, 2005, in the District of Columbia and elsewhere, the defendant,

**BARBARA JOAN MARCH**, also known as BARBARA McMAHON and BONNIE McMAHON,

with intent to kill and injure another, knowingly did deposit for mailing in any post office and

authorized depository for mail matter, and cause to be delivered by mail a letter addressed to

"General Peter J. Schoomaker, Chief of Staff of the Army, 200 Army Pentagon, Washington D.C.

20310 0101," containing poison, that is, bromadiolone, a rodenticide, a nonmailable matter.

**(Mailing Injurious Articles,** in violation of Title 18, United States Code, Sections 1716(a) and (j)(2))

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia

By:    _____
Angela G. Schmidt
Texas Bar # 17764980
Assistant United States Attorney
555 4th Street, N.W., 4th floor
Washington, D.C.  20530
(202) 514-7273
Angela.Schmidt@usdoj.gov