**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
UNITED STATES
        Plaintiff,

   vs.                                Criminal No. 05-254  (EGS)
BARBARA MARCH
        Defendant.
_____/
```

**ORDER**

On **MARCH 1, 2006**, the defendant pled guilty to the Information.

Accordingly, the U.S. Probation Department shall prepare and file a pre-sentence report by no later than **MAY 18, 2006**; defendant's memorandum of law, if any shall be filed by no later than **MAY 25, 2006**; the Government's memorandum of law, if any shall be filed by no later than **JUNE 1, 2006,** a reply, if any, shall be filed by no later than **JUNE 8, 2006**; and it is further

ORDERED that the defendant shall be sentenced in Courtroom #24A, 4th Floor on **JUNE 15, 2006 AT 11:00 P.M.**

IT IS SO ORDERED.

DATE: March 1, 2006                EMMET G. SULLIVAN
                                   UNITED STATES DISTRICT JUDGE