UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES
    Plaintiff,

BARBARA JOAN MARCH        Criminal No. 05-254 (EGS)
    Defendant

**FILED**

MAR - 1 2006

### WAIVER OF INDICTMENT

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, BARBARA JOAN MARCH, the above named defendant, who is accused of _mailing injurious Articles, in violation of 18 USC 1716(a)_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _3-1-06_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Barbara March_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer

AO 455(Rev.5/85) Waiver of Indictment