UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
v.                                :    CRIMINAL NO. 05-254 (EGS)
                                  :
BARBARA JOAN MARCH,               :
also known as BARBARA MCMAHON,    :
also known as BONNIE MCMAHON,     :                FILED
                                  :
        Defendant.                :             MAR - 1 2006

                                                NANCY MAYER WHITTINGTON, CLERK
                                                      U.S. DISTRICT COURT

## FACTUAL PROFFER
## IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this statement of facts which the United States would have presented if this matter had gone to trial.

On or about April 22, 2005, Barbara Joan March mailed fourteen threatening letters each containing either a baked good or a piece of candy laced with rat poison to each of the Supreme Court Justices, the Director and Deputy Director of the FBI, and the Chiefs of Staff of the Army, Navy and Air Force, at addresses in Washington, D.C. Each envelope contained a one page typewritten letter stating either "I am" or "We are," followed by "going to kill you. This is poisoned." Each of the letters bore the handwritten signature(s) of the purported sender(s), whose name(s) and return address were typed both in the body of the letter and on the envelopes. Many of the envelopes bore legible postmarks dated April 22, 2005, in New York, New York.

The purported senders of the letters live throughout the country, including in Connecticut, New Jersey, Washington, D.C., Maryland, Florida, Georgia, Illinois and Missouri. The purported senders are associated with Ms. March in the following ways: three of the purported senders

2

attended elementary and/or high school with Ms. March; seven attended college with her; one is a former co-worker; one lived with her while the two were studying abroad in Spain; one lived with Ms. March's brother; and one has the same name as her former husband.

Numerous handwritten documents recovered in searches of Ms. March's apartment in Bridgeport, Connecticut, reflect that she engaged in considerable planning in order to prepare and send the letters. Many documents were found that bore the name and/or address of one or more of the purported senders. One such document contains a list, numbered one through fourteen, that includes the first name, and in some cases, the first initial of the last name, and the state of residence of each of the purported senders. Numerous maps, printed from internet web sites, were found that bore the addresses of several of the purported senders. One document consisted of an apparent "to do" list with the following entries:

"Find people
a) phone cards
b) call NY library
c) go to library with paper by train
d) phone books
e) U.S. Search
f) wig
g) lease a car
h) insurance
i) a route & a plan
j) type letters
k) candy & tape - no fingerprints - plastic gloves
l) r.p.
m) to Florida
n) practice
o) a storage unit and [illegible]
p) a map"

Numerous other "to do" lists that included similar entries also were found. Many documents contained references to expenses for candy, paper and envelopes, "r.p.," U.S. Search, and trips to

3

New York. One document also made references to "SCJ" and "Army."

The letters have undergone multiple scientific analyses at the FBI Lab in Quantico, Virginia. The edible contents of each letter were analyzed chemically and found to contain rat poison, specifically, bromadiolone. The threatening text of the letters, as well as the insertion of rat poison into a food product enclosed with the letters, reflect Ms. March's intent to kill or injure the intended recipients of the letters.

Of the seven letters analyzed to date for the presence of fingerprints, no such evidence was found. Of the ten letters analyzed to date for the presence of DNA, a detectable quantity of DNA was found only on two of the flap seals and corresponding envelope portions. However, no DNA profiling results were obtained from one of these specimens, and the results from the second specimen are usable only for exclusionary purposes. These fingerprint and DNA results, as well as the above-referenced "to do" list, indicate that Ms. March took conscious steps to conceal her identity.

The letters and envelopes each were found to have been produced by a typewriter with a carbon ribbon. Three such typewriters were located at a public library in Bridgeport, Connecticut, within a short distance of Ms. March's residence, and the ribbons from those typewriters were recovered on June 30, 2005. Upon laboratory examination, one of those ribbons was found to have been used to prepare the typewriting on the letters and envelopes addressed to Justices Breyer, Ginsberg, Rehnquist, and Thomas, and on the letter and envelope addressed to Director Mueller.

Numerous fibers were recovered from the nine letters analyzed to date for the presence of trace evidence, specifically from the tape that was used to seal the envelopes and to affix the baked good or candy to the letters. Several of these fibers were found to be consistent with clothing

4

recovered from Ms. March's residence. Specifically, a red cotton fiber found on the tape affixed to the envelope addressed to Director Mueller is consistent with a shirt recovered from Ms. March's residence; variegated pink-purple cotton fibers found on the tape affixed to the envelope addressed to Justice Stevens and the letter addressed to Justice Ginsburg are consistent with another shirt; a pink animal fur fiber found on the tape affixed to the letter addressed to Deputy Director Pistole is consistent with a sweater recovered from Ms. March's residence; and red ramie fibers found on the envelope addressed to Admiral Clark are consistent with another sweater.

By mailing the afore-mentioned letters threatening to kill the intended recipients and by enclosing in those letters a food product that she laced with rat poison, a nonmailable matter, Ms. March committed multiple offenses of Mailing Injurious Articles, in violation of Title 18, United States Code, Sections 1716(a) and (j)(2).

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

*Angela Schmidt*

ANGELA G. SCHMIDT
Assistant United States Attorney
Texas Bar No. 17764980
555 4th Street, N.W., Fourth Floor
Washington, D.C. 20530
(202) 514-7273
Angela.Schmidt@usdoj.gov
