UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 05-254 (EGS) |
| : | |
| BARBARA JOAN MARCH, : | |
| also known as BARBARA MCMAHON, : | |
| also known as BONNIE MCMAHON, : | |
| : | |
| Defendant. : | |

### UNITED STATES' MOTION TO EXTEND TIME TO FILE
### SENTENCING MEMORANDUM

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests additional time to file its sentencing memorandum in this case. As grounds for this request, the United States states:

1. On March 1, 2006, the defendant pleaded guilty to fourteen counts of Mailing Injurious Articles in violation of 18 U.S. Code §§ 1716(a) and (j)(2). The plea agreement, which was entered pursuant to Fed.R.Crim.P. 11(c)(1)(C), provides for a sentence of fifteen years imprisonment, should the Court accept it. The court set June 1, 2006, as a deadline for the filing of the parties' sentencing memoranda. Sentencing currently is scheduled for July 27, 2006.

2. Prior to the plea, the government contacted representatives of each of the fourteen victims in this case to determine whether any of the victims objected to the terms of the proposed plea. None did. During the plea colloquy, however, the Court expressed reservations about whether the proposed sentence is sufficient in light of the seriousness of the defendant's conduct. The Court requested that the undersigned Assistant inform the

-2-

victims of its reservations and determine whether the victims continue to support the plea. The undersigned Assistant has done so, and one of the victims' representatives recently requested additional time to submit a response.  In order to provide a complete response to the Court's request regarding the victim's current position on the proposed sentence, the undersigned Assistant seeks additional time until June 21, 2006, to submit the government's sentencing memorandum.

3.  The undersigned Assistant has left a message for counsel for the defendant, David Bos, Esquire, regarding this request for additional time, but to date has not received word of his position on this request.

WHEREFORE, the United States respectfully requests that the time for filing its Sentencing Memorandum be extended to June 21, 2006.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        UNITED STATES ATTORNEY

        _____
        ANGELA G. SCHMIDT
        Texas Bar No. 17764980
        Assistant United States Attorney
        555 Fourth Street, N.W., 4th floor
        Washington, D.C. 20530
        (202) 514-7273