UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 05-254 (EGS) |
| : | |
| BARBARA JOAN MARCH, : | |
| also known as BARBARA MCMAHON, : | |
| also known as BONNIE MCMAHON, : | |
| : | |
| Defendant. : | |

ORDER

Upon consideration of the United States' Motion to Extend Time to File its Sentencing Memorandum in this case, and good cause appearing, it is hereby:

ORDERED, that the United States' Motion is granted; and

FURTHER ORDERED, that the time in which the United States may file its Sentencing Memorandum is extended until June 21, 2006.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

Dated: June _____, 2006