UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES,** | : | |
| | : | |
| v. | : | Crim. Action 05-254 |
| | : | (EGS) |
| | : | |
| **BARBARA JOAN MARCH,** | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

The Court *sua sponte* directs the parties to jointly propose by no later than **July 20, 2006,** a procedure for the Court to disclose information to the parties pursuant to Federal Rules of Criminal Procedure 32(d)(3)(B).


**Signed:**   Emmet G. Sullivan
United States District Court
July 13, 2006