UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 05-254 (EGS) |
| | : | |
| BARBARA JOAN MARCH, | : | |
| also known as BARBARA MCMAHON, | : | |
| also known as BONNIE MCMAHON, | : | |
| | : | |
| Defendant. | : | |

**JOIT PROPOSAL FOR DISCLOSURE**
**OF CONFIDENTIAL SENTENCING INFORMATION**

In response to the Court's Order dated July 13, 2006, the United States, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, by and through her attorney, the Federal Public Defender, hereby propose that the Court summarize confidential sentencing information for the parties *in camera*, pursuant to Fed. R. Crim. P. 32(i)(1)(B).

Respectfully submitted,

| | |
|---|---|
| A. J. KRAMER | KENNETH L. WAINSTEIN |
| Federal Public Defender | United States Attorney |
| | |
| By: _____ | By: _____ |
| DAVID BOS | ANGELA G. SCHMIDT |
| Assistant Federal Public Defender | Assistant United States Attorney |
| 625 Indiana Ave., N.W., Suite 550 | 555 4th Street, N.W., 4th Floor |
| Washington, D.C. 20004 | Washington, D.C. 20530 |
| (202) 208-7500 | (202) 514-7273 |