HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL 2 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA  :  Docket No.: <u>05-CR-254</u>

vs.  :  SSN: _____

MARCH, Barbara  :  Disclosure Date: <u>April 19, 2006</u>

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____        _____
**Prosecuting Attorney**                                            **Date**

#### For the Defendant

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____        _____
**Defendant**          **Date**          **Defense Counsel**   5/9/06   **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>May 3, 2006</u>, to U.S. Probation Officer <u>Michael Penders</u>, telephone number <u>(202) 565-1379</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Richard A. Houck, Jr., Chief
United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A. J. KRAMER
*Federal Public Defender*

TELEPHONE (202) 208-7500
FAX (202) 208-7515

May 9, 2006

Michael Penders
United States Probation Officer
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

　　　　　　　　RE:　United States v. Barbara March,
　　　　　　　　　　　Crim. No. 05-254 (EGS)

Dear Mr. Penders:

　　Enclosed please find the Defendant's Objections and Comments to the pre-sentence report prepared in connection with the above referenced case.

　　**Paragraph 72**: The Defendant objects to the classification of her as a career offender. Pursuant to the plea agreement and factual proffer, the Defendant did not admit at the time of the plea (and a jury never found) that she had been previously convicted of any crimes of violence or drug trafficking offenses as those terms are defined under U.S.S.G. §4B1.2. In Apprendi v. New Jersey, 530 U.S. 466 (2000), the Supreme Court held that other than the fact of a prior conviction, the Sixth Amendment requires that all other factors which enhance a sentence must be charged and proven beyond a reasonable doubt, or admitted by the defendant. In light of the Supreme Court's recent decisions in United States v. Booker, 125 U.S. 738 (2005), United States v. Shepard, 125 S. Ct. 1254 (2005), and our Court of Appeals decision in United States v. Price, 409 F.3d 436 (D.C. Cir. 2005), the Defendant submits that there is no basis to classify her as a Career Offender because the government has not charged and proven, nor has the Defendant admitted to having, the predicate crime of violence or controlled substance offense convictions to support a Career Offender designation.

　　With the corrections noted above, the Defendant has seven criminal history points, resulting in a criminal history category of IV.

　　**Paragraph 103**: With the corrections noted above the guideline range for imprisonment is 121-151 months.

Sincerely,

David W. Bos
Assistant Federal Public Defender